# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-9003-MC-C-FJG |
| | ) | |
| WENDELL D. BENNETT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On May 18, 2011, United States Magistrate Judge Matt J. Whitworth recommended that the court, after making its own independent review of the record, enter an order directing compliance with the Internal Revenue Service summons on a date and at a time agreed upon by Officer Deborah May and respondent Wendell D. Bennett, but not later than thirty days after service of an order directing compliance with the summons upon respondent.

The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of May 18, 2011, is adopted. (Doc. #9). It is further

ORDERED that petitioner's petition to enforce Internal Revenue Service summons is granted and the respondent, Wendell D. Bennett, is directed to obey the summons issued to him on October 14, 2010, and each requirement of the summons, at such time and at such place as may hereafter be designated by Officer Deborah May or any authorized officer of the IRS, but not later than thirty days after service of this order on respondent. It is further

ORDERED that the Clerk of the Court forward a copy of this order via regular and certified United States Mail, return receipt requested, to respondent Wendell D. Bennett, at 1747 Highway 5, Fayette, Missouri, 65248-9679.


Date: July 5, 2011　　　　　　　　　　　　**S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge